■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MOORE, Respondent, v WESLEY BEDNOSKY, Appellant. [604 NYS2d 807] —In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Suffolk County (Stark, J.), dated July 28, 1993, which, after a hearing, sustained the writ to the extent of reducing bail from $2,500,000, with a cash bail alternative of $250,000, to $100,000 bond with a cash bail alternative of $50,000.

Ordered that the judgment is reversed, on the law, without costs or disbursements, and the proceeding is dismissed.

The County Court's bail determination, based upon the factors outlined in CPL 510.20 (2), is supported by the record. Thus, it constituted an exercise of discretion with a rational basis which should not have been disturbed (see, People ex rel. Parker v Hasenauer, 62 NY2d 777; People ex rel. Gamble v Romano, 172 AD2d 575). Lawrence, J. P., Eiber, O'Brien and Santucci, JJ., concur.